# Federal Defenders
## OF NEW YORK, INC.

Southern District
81 Main Street, Suite 300
White Plains, N.Y. 10601-4150
Tel: (914) 428-7124  Fax: (914) 948-5109

David E. Patton
*Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

September 7, 2022

Honorable Paul E. Davison
United States Magistrate Judge
United States Courthouse
300 Quarropas Street
White Plains, New York  10601-4150

Re:  Gilbert Bahamundi
     22-Cr-78 (PED)

This application is DENIED in all respects.  The Court can only recommend, not require, that defendant be designated to a particular facility, and the Court notes that defendant has, appropriately, been designated to a facility in the Northeast Region.  Accordingly, there is no reason to delay defendant's surrender.  The clerk shall close Dkt. 25.

So Ordered 9/8/22 

Dear Honorable Davison,

    I am writing in relation to the surrender date for Gilbert Bahamundi and to ask that Your Honor (1) delay Mr. Bahamundi's surrender date and (2) order, or at the very least recommend, that the BOP to re-designate Mr. Bahamundi to FCI Otisville.  As background, and as you probably recall, on June 3, 2022, Mr. Bahamundi was sentenced to three-months of incarceration.  At his sentencing, Mr. Bahamundi asked that he be designated to serve his sentence at FCI Otisville so that he could be close to his family, most importantly his young son.  Your Honor endorsed this and ordered that Mr. Bahamundi surrender on September 15, 2022.  *See* Judgment (attached).  Recently, Mr. Bahamundi learned that he has been designated to FCI Schuylkill in Minersville, Pennsylvania.  Mr. Bahamundi is a single father raising his son and, as such, placement in Minersville is a hardship because it is further and would be much more difficult for his son to visit him at.[1] For this reason, and for the reasons stated at Mr. Bahamundi's sentencing, I ask that Your Honor order (or, at the very least, recommend) that the BOP re-designate Mr. Bahamundi to FCI Otisville.  Additionally, I ask that Your Honor delay Mr. Bahamundi's surrender date so that the BOP would have time to consider any such order or recommendation.

Respectfully,

//s

Benjamin Gold
Assistant Federal Defender

---

[1] According to Google Maps, FCI Schulykill is 181 miles from White Plains, while FCI Otisville is only 71 miles away.

cc:   Assistant U.S. Attorney Benjamin Klein
      Pretrial Officer Andrew Abbott